**Entered on Docket**
**October 18, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

ALLAN D. JENSEN, ESQ.
Bar No. 001234
6165 Ridgeview Ct., Ste. E.
P.O. Box 167
Reno, NV  89504
(775)329-8494
adjatty@earthlink.net
Attorney for Greater Nevada Mortgage Services, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ADAM BISHOP,<br><br>Debtor | Bankruptcy No.  BK-N-09-53738-gwz<br>(Chapter 7)<br><br>Hearing Date:  October 5, 2010<br>Hearing Time:  10:00 a.m.<br>Estimated Time:  5 minutes |

### ORDER TERMINATING AUTOMATIC STAY

Greater Nevada Mortgage Services, LLC having moved the court for relief from the stay of 11 U.S.C. § 362(a) with respect to that certain part or parcel of real property commonly known and referred to as 7059 Beethoven Court, Sun Valley, Nevada 89433 and no opposition or objections thereto being filed:

IT IS HEREBY ORDERED, relief from the stay of 11 U.S.C. §362(a) shall be granted to Greater Nevada Credit Mortgage Service Corporation as to that certain parcel of real property commonly known and referred to as 7059 Beethoven Court, Sun Valley, Nevada 89433. Said parcel of real property is more particularly described as:

Lot 223 of Stone Crest Phase 4 Subdivision, according to the map thereof No. 3569, filed in the Office of the County Recorder of Washoe County, State of Nevada, on July 10, 1998 as file No. 2230106 of Official Records.

Assessor's Parcel No. 50841011

SUBMITTED BY:

/s/ ALLAN D. JENSEN
ALLAN D. JENSEN, ESQ.
6165 Ridgeview Ct., Ste. E
P.O. Box 167
Reno, NV  89504

Attorney for Greater Nevada Mortgage Services, LLC

<u>LR 9021 CERTIFICATION</u>

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____The court has waived the requirement of approval under LR 9021.

_____This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

        ___Approved        ___Disapproved        ___No Response
        ___Approve        ___Disapproved        ___No Response

____This is a chapter 9, 11, or 15 case, and I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond as indicated below.

        ___Approved        ___Disapproved        ___No Response
        ___Approve        ___Disapproved        ___No Response

___X__I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: October 13, 2010

                                  /s/ Allan D. Jensen
                                  _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-